# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-2081

_____

MICHAEL JOHNSON,

Appellant,

v.

CORY MILLS; CORD BYRD, in his
official capacity as Florida
Secretary of State; and
ALEJANDRO BLAIR,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
James L. Marsh, Judge.


August 14, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Anthony F. Sabatini and Gavin B. Rollins of Sabatini Law Firm, Mount Dora, for Appellant.

Benjamin J. Gibson, Andy Bardos, Tara R. Price and Kassandra S. Reardon of Shutts & Bowen LLP, Tallahassee, for Appellee Cory Mills.

Ashley E. Davis, General Counsel and Bilal Ahmed Faruqui, Deputy General Counsel, Florida Department of State, Tallahassee, for Appellee Cord Byrd.